**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Eric Mackie, Joshua Biggs, and Ruth Mattison,

        Plaintiffs,

                                      Civil Number: 22-cv-00736-NEB-LIB

v.

American Honda Motor Co., Inc. and
Honda Motor Company, LTD.,

        Defendants.

---

## ORDER GRANTING MOTION FOR NON-RESIDENT TO SERVE AS LOCAL COUNSEL AND MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5(d), John Ackley moved for permission for a non-resident to serve as local counsel and moved for the admission pro hac vice of attorney Michael L. Mallow in the above case.

IT IS HEREBY ORDERED THAT John Ackley's motion for a Non-Resident to serve as Local Counsel (Docket No. 14-1) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Admission Pro Hac Vice of Attorney Michael L. Mallow (Docket No. 14) is GRANTED.

Dated: June 9, 2022                                    s/Nancy E. Brasel
                                                              Nancy E. Brasel
                                                              United States District Court Judge