THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

ERIC MACKIE, JOSHUA BIGGS, and
RUTH MATTISON, individually and on
behalf of others similarly situated

                Plaintiffs,

v.

AMERICAN HONDA MOTOR CO.,
INC., *et al.*,

                Defendants.

Civ. No.: 0:22-cv-00736-NEB-LIB

## STIPULATION FOR DISMISSAL

Plaintiffs and Defendants, through their undersigned counsel, have met, conferred, and hereby stipulate and agree, pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, to dismiss Honda Motor Company, Ltd. without prejudice. Each party is to bear its own attorneys' fees and costs related to the dismissal.

Date: October 6, 2022

Respectfully submitted,

/s/ *Daniel Hedlund*
Daniel C. Hedlund (#258337)
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, Minnesota 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dhedlund@gustafsongluek.com

Matthew D. Schelkopf (*pro hac vice*)
Joseph B. Kenney (*pro hac vice*)
SAUDER SCHELKOPF LLC

/s/ *John L. Ackley (by consent)*
John L. Ackley (#0399090)
5830 Granite Parkway, Suite 1000
Plano, TX  75024
Telephone:  (469) 484-6274
Facsimile:  (469) 828-7217
john.ackley@nelsonmullins.com

Stephanie S. McGraw (*pro hac vice*)
Shook, Hardy & Bacon L.L.P.
600 Travis Street
Ste 3400
Houston, TX 77002

1109 Lancaster Avenue
Berwyn, Pennsylvania 19312
Phone: 610-200-0581
Facsimile: 610-421-1326
mds@sstriallawyers.com
jbk@sstriallawyers.com

**Attorneys for Plaintiffs and
the Putative Class**

713-227-8008
Fax: 713-227-9508
smcgraw@shb.com

Michael L. Mallow (*pro hac vice*)
Shook, Hardy & Bacon L. L. P.
2049 Century Park East
Ste 3000
Los Angeles, CA 90067
424-285-8330
mmallow@shb.com

**Counsel for American Honda Motor Co.,
Inc.**