# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIC MACKIE, JOSHUA BIGGS, and RUTH MATTISON, *individually and on behalf of others similarly situated*, | Case No. 22-CV-736 (NEB/LIB) |
| Plaintiffs, | ORDER FOR DISMISSAL OF PARTY |
| v. | |
| AMERICAN HONDA MOTOR CO., INC. and HONDA MOTOR COMPANY, LTD, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on October 6, 2022 (ECF No. 29), IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE against Honda Motor Company, Ltd. Each party shall bear its own attorneys' fees and costs related to the dismissal.

Dated: October 11, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge