# UNITED STATES DISTRICT COURT
## District of Minnesota

Eric Mackie, Joshua Biggs, Ruth Mattison, Interim Co-Lead Counsel, Executive Committee, and Liaison Counsel,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 0:22-cv-00736-JMB-LIB

American Honda Motor Co., Inc.,

Defendant(s),

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Complaint (Doc. No. 1) is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Date: 11/7/2025

KATE M. FOGARTY, CLERK